**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

November 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Ashley A. & Jacquelin Brink
    Bankruptcy Case No.   5-04-53755
    Unclaimed Funds For:  Robin Read Esquire
                     For:  M&T Bank
                    PO Box 7
                    Williamsport PA 17703

Dear Clerk:

Enclosed herewith please find check No.756324 for $9,029.16 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager